**Order entered November 9, 2018**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01066-CR

**SHARON HENNINGTON TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-20861-P**

## ORDER

This appeal is **REINSTATED**.

By order entered October 15, 2018, the Court abated this appeal so that the trial court might determine whether the trial court's jury charges on guilt/innocence and punishment had been lost or destroyed. On November 6, 2018, a supplemental clerk's record was filed containing the missing jury charges. Accordingly, we **VACATE** the Court's October 15, 2018 order to the extent it requires a hearing and findings from the trial court.

Before the Court is court reporter Lisabeth Kellett's October 24, 2018 request for an extension of time to file the reporter's record. In her request, Ms. Kellett requests an extension of twenty days to file the reporter's record.

The Court **GRANTS** the request and **EXTENDS** the time to file the reporter's record until **TWENTY DAYS** from the date of this order.

/s/    LANA MYERS
JUSTICE